No. 221. JOHN CLAY ET AL., COPARTNERS, ETC., *v.* THE DISTRICT COURT OF THE TWELFTH DISTRICT OF THE STATE OF COLORADO, ETC. Error to the Supreme Court of the State of Colorado. Argued January 22, 1925. Decided January 26, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. P. A. Wells* and *Mr. Wm. V. Hodges,* for plaintiff in error. *Mr. LaFayette Twitchell* for defendant in error.

———

No. 228. BEN C. DAVISSON *v.* STATE OF NEW MEXICO. Error to the Supreme Court of the State of New Mexico. Motion to dismiss submitted January 23, 1925. Decided January 26, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of (1) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; (2) *Hurtado* v. *California,* 110 U. S. 516. *Mr. Milton J. Helmick* and *Mr. John W. Armstrong* for defendant in error in support of the motion, submitted. No brief filed for plaintiff in error.